**Frank McNAMER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

November 1, 1949.

S. H. Price for movant.

A. E. Funk, Attorney General, opposed.

PER CURIAM.

Motion for appeal from judgment of the Powell Circuit Court assessing a fine of $550 against accused on an indictment charging manslaughter, he being found guilty of involuntary manslaughter.

Motion for appeal overruled; judgment affirmed.

---

**John LAWRENCE, Movant, v. A. P. FUGATE et al., Opposed.**

Court of Appeals of Kentucky.

November 11, 1949.

G. E. Reams and J. B. Carter for movant.

Astor Hogg, opposed.

PER CURIAM.

Motion for an appeal from the Harlan Circuit Court. Money judgment for plaintiffs in the sum of $400.00.

Appeal denied. Judgment affirmed.